378 A.2d 835

**In re Adoption of Christopher Westcott NORWINE, II.**

Supreme Court of Pennsylvania.

Argued Nov. 11, 1976.

Decided Oct. 7, 1977.

David E. Auerbach, Media, for appellant.

Joel S. Robbins, Brookhaven, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

## ORDER

PER CURIAM.

Decree affirmed. Each party to bear own costs.

NIX, J., did not participate in the consideration or decision of this case.